UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MAXMED BAGIROV, *a/k/a George Semonean*,

                         Defendant.

------------------------------------x

ORDER

11 Crim. 87 (GBD)

GEORGE B. DANIELS, United States District Judge:

A conference is scheduled for August 12, 2020 at 10:00 am.

Dated: New York, New York
       February 14, 2020

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge