**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
UNITED STATES OF AMERICA,                          :
                                                   :                    ORDER
           -against-                               :
                                                   :              11 Crim. 87 (GBD)
MAXMED BAGIROV,                                     :
                                                   :
                      Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

       The Clerk of Court is directed to close this case.


Dated:   November 21, 2022
         New York, New York

                                              SO ORDERED.

                                              _____
                                              GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE